# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>CARA LOVELL,<br><br>Debtor, | NO. 1:17-CV-3116-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL |

BEFORE THE COURT is parties' Stipulation and Order for Voluntary Dismissal of Appeal with Prejudice (ECF No. 6). The stipulation was submitted for consideration without oral argument. The Court has reviewed the stipulation and file therein, and is fully informed. The parties stipulate that the appeal in this matter can be dismissed with prejudice and without fees or costs to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The appeal in this matter is hereby **DISMISSED** with prejudice and without fees or costs to any party.

//

//

ORDER GRANTING VOLUNTARY DISMISSAL ~ 1

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** August 16, 2017.



THOMAS O. RICE
Chief United States District Judge